### CHRISTIAN W. ANDERSON

*v.*

### THE CITY OF CHICAGO.*

*Opinion filed October 19, 1900.*

This case is controlled by the decision in *Kuester* v. *City of Chicago*, (*ante*, p. 21.)

WRIT OF ERROR to the County Court of Cook county; the Hon. ORRIN N. CARTER, Judge, presiding.

WILLIAM F. CARROLL, and M. F. CURE, for plaintiffs in error.

CHARLES M. WALKER, Corporation Counsel, ARMAND F. TEEFY, and WILLIAM M. PINDELL, for defendant in error.

Per CURIAM:  In these cases the ordinances are defective in not describing the "flat stones" on which the curb-stones provided for in the improvement were to rest. Their decision must follow that made in *Kuester* v. *City of Chicago,* (*ante*, p. 21.)   The judgment of confirmation in each case is reversed and the cause remanded.

*Reversed and remanded.*

---

*With this case are decided No. 911, *Greenough* v. *City of Chicago*, and No. 960, *Thompson* v. *Same.*